# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **CASTLEMORTON WIRELESS, LLC,** | ) |
| *Plaintiff*, | ) |
| v. | ) C.A. No. 1:20-cv-00310-ADA |
| **PLANTRONICS, INC. AND POLYCOM, INC.,** | ) |
| *Defendants*. | ) |

## PROPOSED ORDER OF DISMISSAL OF DEFENDANTS WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows: (i) all of Castlemorton Wireless, LLC's claims in this action against Plantronics, Inc. and Polycom, Inc. shall be dismissed with prejudice; (ii) all of Plantronics, Inc. and Polycom, Inc.'s claims in this action against Castlemorton Wireless, LLC shall be dismissed without prejudice; and (iii) each Party shall bear its own costs, expenses, and attorneys' fees.